IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-147-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| DONNIE DONTEZ JEFFREYS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on petitioner Arionne Walker's ("petitioner") petition to assert claim of ownership in property subject to the court's preliminary order of forfeiture (DE 119). In order to facilitate ancillary proceedings required under Federal Rule of Criminal Procedure 32.2(c), the court directs petitioner and the government to file the following supplemental briefs as follows:

1. Within **seven days** of entry of this order, petitioner is DIRECTED to file notice clarifying the property that is the subject of this petition. The body of the instant petition refers to a "King Ranch Super Duty Crew Cab Pick-up Truck" with vehicle identification number 1FT8W4DM8PED30925. But in the final paragraph of the petition petitioner refers to seized currency in the amount of $63,476.00.

2. Within **14 days** of service of petitioner's notice as described in paragraph one, the government is DIRECTED to file substantive response to the petition (DE 119). The documents the government previously filed in response to the petition (DE 128) do not constitute a written response analyzing issues raised in the petition.

3. Defendant may file reply to the government's supplemental response within **14 days** of service of service of same.

SO ORDERED, this the 26th day of October, 2026.

LOUISE W. FLANAGAN
United States District Judge